Robert B. Jobe (State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 956-0850
Email: bob@jobelaw.com

Attorney for Plaintiffs.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUDESH SIJAPATI, et. al. | No. C 10-5738 CW |
| Plaintiffs, | |
| v. | **ORDER** |
| F. GERARD HEINAUER, DIRECTOR, USCIS NEBRASKA SERVICE CENTER, et. al., | |
| Defendants. | |

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter be is dismissed without prejudice.  IT IS SO ORDERED.

DATED: 3/1/2011

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Order